# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  06-cv-02102-REB-CBS

MICHAEL WALPOLE,

    Plaintiff,

v.

TWENTYMILE COAL COMPANY SELF FUNDED LTD PLAN,
PEABODY HOLDING COMPANY, INC. AND AFFILIATES WELFARE BENEFIT PLAN,
PEABODY HOLDING COMPANY, INC., a New York corporation,
RAG AMERICAN COAL LONG-TERM DISABILITY INCOME BENEFIT PLAN,
RAG AMERICAN COAL HOLDING, INC. BENEFITS COMMITTEE,
PEABODY INVESTMENTS CORP. AND ITS DESIGNATED AFFILIATES WELFARE
 BENEFITS PLAN,
PEABODY INVESTMENTS CORP. a Delaware corporation, and
VPA INC., d/b/a VPA CLIENT SERVICES INC., a California corporation,

    Defendants.

---

## ORDER OF DISMISSAL AS TO DEFENDANTS,
## RAG AMERICAN COAL LONG-TERM DISABILITY INCOME BENEFIT PLAN
## AND
## RAG AMERICAN COAL HOLDING, INC. BENEFITS COMMITTEE

**Blackburn, J.**

The matter before the court is the **Notice of Dismissal of Defendants Rag American Coal Long-Term Disability Income Benefit Plan and Rag American Coal Holding, Inc. Benefits Committee** [#9], filed November 30, 2006.  After careful review of the notice and the file, the court has concluded that the notice should be approved and that defendants, Rag American Coal Long-Term Disability Income Benefit Plan and Rag American Coal Holding, Inc. Benefits Committee should be dismissed and dropped from this action.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Dismissal of Defendants Rag American Coal Long-**

**Term Disability Income Benefit Plan and Rag American Coal Holding, Inc. Benefits Committee** [#9], filed November 30, 2006, is **APPROVED**;

    2.  That plaintiff's claims against defendants, Rag American Coal Long-Term Disability Income Benefit Plan and Rag American Coal Holding, Inc., Benefits Committee, **ARE DISMISSED** with the parties to pay their own attorney fees and costs; and

    3.  That defendants, Rag American Coal Long-Term Disability Income Benefit Plan and Rag American Coal Holding, Inc., Benefits Committee, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated November 30, 2006, at Denver, Colorado.

                                **BY THE COURT:**

                                s/ Robert E. Blackburn
                                **Robert E. Blackburn**
                                **United States District Judge**