**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-02102-REB-CBS

MICHAEL WALPOLE,

    Plaintiff,

v.

PEABODY HOLDING COMPANY, INC. AND AFFILIATES WELFARE BENEFIT PLAN,
PEABODY HOLDING COMPANY, INC., a New York corporation,
PEABODY INVESTMENTS CORP. AND ITS DESIGNATED AFFILIATES WELFARE
 BENEFITS PLAN,
PEABODY INVESTMENTS CORP. a Delaware corporation,
VPA INC., d/b/a VPA CLIENT SERVICES INC., a California corporation, and
SEDGWICK CLAIMS MANAGEMENT SERVICES, an Illinois corporation,

    Defendants.

**ORDER OF DISMISSAL AS
TO PLAINTIFF'S SECOND AND THIRD CLAIMS FOR RELIEF**

**Blackburn, J.**

The matter before the court is the **Stipulation for Dismissal of Plaintiff's Second and Third Claims for Relief Only** [#17], filed January 11, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's second and third claims for relief should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Plaintiff's Second and Third Claims for Relief Only** [#17], filed January 11, 2007, is **APPROVED**;

2. That plaintiff's second and third claims for relief in the **Amended Complaint** [#14], filed December 12, 2006, are **DISMISSED** with the parties to pay their own attorney fees and costs.

Dated January 12, 2007, at Denver, Colorado.

              **BY THE COURT:**

              **s/ Robert E. Blackburn**
              **Robert E. Blackburn**
              **United States District Judge**