**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-02102-REB-CBS

MICHAEL WALPOLE,

      Plaintiff,

v.

PEABODY HOLDING COMPANY, INC. AND AFFILIATES WELFARE BENEFIT PLAN,
PEABODY HOLDING COMPANY, INC., a New York corporation,
PEABODY INVESTMENTS CORP. AND ITS DESIGNATED AFFILIATES WELFARE
 BENEFITS PLAN,
PEABODY INVESTMENTS CORP. a Delaware corporation,
VPA INC., d/b/a VPA CLIENT SERVICES INC., a California corporation, and
SEDGWICK CLAIMS MANAGEMENT SERVICES, an Illinois corporation,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter comes before the court on the **Unopposed Motion for Dismissal With Prejudice** [#31], filed April 18, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  **Unopposed Motion for Dismissal With Prejudice** [#31], filed April 18, 2007, is **GRANTED**;

      2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for January 25, 2008, is **VACATED**; and

4.  That the trial to the court set to commence January 28, 2008, is **VACATED**.

Dated April 19, 2007, at Denver, Colorado.

                                                        **BY THE COURT:**

                                                        **s/ Robert E. Blackburn**
                                                        **Robert E. Blackburn**
                                                        **United States District Judge**